# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00065-CV

**William Joseph Connors III, Appellant**

**v.**

**Connie Vandergriff, The Appointed Substitute Trustee for Citimortgage, Inc., Appellee**

**FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-17-005968, THE HONORABLE TIM SULAK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on March 18, 2019. On May 1, 2019, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response May 13, 2019, would result in the dismissal of this appeal for want of prosecution. No motion or brief accompanied by a motion had been filed before the Court received notice of appellant's bankruptcy filing on June 10, 2019, and subsequently stayed the appeal. After appellee submitted a notice of bankruptcy dismissal, informing the Court that the bankruptcy proceeding had been dismissed without any discharge of debts, we reinstated the case on November 5, 2019. On that same day, we sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by November 15, 2019, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a

brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

 

 

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed for Want of Prosecution

Filed: February 4, 2020